BEFORE THE SECOND DIVISION, DECEMBER 5, 1966

**No. P66/358.**—Radio Corporation of America et al. *v.* United States, protests 60/1592, etc. (New York).

RAO, C.J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of echo-sounding equipment similar in all material respects to that the subject of *Kelvin & Hughes America Corp.* v. *United States* (53 Cust. Ct. 21, C.D. 2468), the claim of the plaintiffs was sustained.

**No. P66/359.**—Toyomenka, Inc. *v.* United States, protest 64/2409 (New York).

RAO, C.J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of table knives similar in all material respects to those the subject of *National Carloading Corp.* v. *United States* (54 Cust. Ct. 178, C.D. 2529), the claim of the plaintiff was sustained.

**No. P66/360.**—Illfelder Importing Co., Inc., et al. *v.* United States, protests 65/23513, etc. (New York).

RAO, C.J.   In accordance with stipulation of counsel that the items of merchandise marked "A" covered by the foregoing protests consist of sirens similar in all material respects to those the subject of *Oxford International Corp.* v. *United States* (55 Cust. Ct. 472, Abstract 69607), and that the items of merchandise marked "B" covered by the foregoing protests consist of rubber bulb horns similar in all material respects to those the subject of *Sherwin International, Inc.* v. *United States* (54 Cust. Ct. 466, Abstract 69382), the claims of the plaintiffs were sustained.